# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | CASE NO. 1:10-CV-00952-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| J. LOPEZ, et al., | (DOC. 33) |
| Defendants. | RESPONSE DUE WITHIN 30 DAYS |
| _____ / | |

Plaintiff Lonnie Williams ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's complaint against Defendant J. Lopez.  On March 24, 2011, Defendant filed a motion to dismiss.  Doc. 33.  As of the date of this order, Plaintiff has not file an opposition.  Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendant's motion within thirty (30) days from the date of service of this order.  Failure to file a timely opposition will result in waiver of the right to file an opposition and may result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **May 11, 2011**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1